**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERTO HERRERA, | ) | NO. CV 24-02241 JAK (KS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS OF UNITED** |
| CDCR STAFF, | ) | **STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the April 1, 2024 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the Petition is DISMISSED because the sole claim for relief therein is not cognizable in a federal habeas corpus petition; and (2) Judgment shall be entered dismissing this action with prejudice.

IT IS SO ORDERED.

DATED:   July 17, 2024

_____

JOHN A. KRONSTADT

UNITED STATES DISTRICT JUDGE