JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERTO HERRERA,** ) | **NO. CV 24-02241 JAK (KS)** |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| ) | |
| **CDCR STAFF,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  July 17, 2024                    _____

                                              JOHN A. KRONSTADT
                                              UNITED STATES DISTRICT JUDGE